ROTHNER, SEGALL & GREENSTONE
ANTHONY R. SEGALL (CSB #101340)
E-Mail: asegall@rsglabor.com
MICHELE SHERER ANCHETA (CSB #192039)
E-Mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California  91101-3115
Telephone:  (626) 796-7555
Facsimile:   (626) 577-0124

*NO JS-6*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA M. HANSON, for and on behalf of Southern California Painting & Drywall Industries Health & Welfare Fund, Southern California Painting & Drywall Industry Vacation Trust Fund, Southern California Painting and Decorating Labor Management Cooperation Committee Trust Fund, and Southern California Painting & Drywall Industries Apprenticeship Trust Fund; and GARY J. MEYERS, for and on behalf of International Painters and Allied Trades Industry Pension Fund ("IUPAT Industry Pension Fund"),<br><br>          Plaintiffs,<br><br>     v.<br><br>UNLIMITED INTERIORS, a corporation; JAMES BALD, an individual; and DOES 1-10,<br><br>          Defendants. | CASE NO. CV 11-8706 GW (JCGx)<br><br>Honorable George H. Wu<br><br>PARTIAL JUDGMENT<br><br>Date:  March 29, 2012<br>Time:  8:30 a.m.<br>Ctrm:  10 |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

  1.   That Defendant Unlimited Interiors immediately pay its delinquent contributions to the Southern California Painting & Drywall

1

Industries Trust Funds from in the amount of $57,127.60 for delinquent contributions from June 2009, October 2009, November 2009, December 2009, February 2010, March 2010, July 2010, August 2010, September 2010, October 2010, November 2010, December 2010, January 2011, March 2011 and August 2011, liquidated damages on amounts due and owing in the amount of $9,723.40, interest on the unpaid contributions in the amount of $7,693.01 and attorneys' fees of $1,183.83.

DATED: May 1, 2012

                                               HON. GEORGE H. WU
                                               U.S. DISTRICT JUDGE