ROTHNER, SEGALL & GREENSTONE
ANTHONY R. SEGALL (CSB #101340)
E-Mail: asegall@rsglabor.com
MICHELE SHERER ANCHETA (CSB #192039)
E-Mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

*MADE JS-6*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA M. HANSON, for and on behalf of Southern California Painting & Drywall Industries Health & Welfare Fund, Southern California Painting & Drywall Industry Vacation Trust Fund, Southern California Painting and Decorating Labor Management Cooperation Committee Trust Fund, and Southern California Painting & Drywall Industries Apprenticeship Trust Fund; and GARY J. MEYERS, for and on behalf of International Painters and Allied Trades Industry Pension Fund ("IUPAT Industry Pension Fund"),<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNLIMITED INTERIORS, a corporation; JAMES BALD, an individual; and DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO. CV11-8706-GW(JCGx)<br><br>Hon. George H. Wu<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

/ / /

/ / /

/ / /

/ / /

1

TO ALL INTERESTED PARTIES:

    The Court, having reviewed the Notice of Dismissal, dismisses this action in its entirety without prejudice.

Dated: March 1, 2013

                                  _____
                                  GEORGE H. WU, U.S. District Judge